# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

WILLIAM J. JONAS, III
*Plaintiff(s)*
v.                                           Civil Action No. 1:20-cv-101
RONALD L. GREENE, President of Afni, Inc.
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:  The Court grants the Defendant, Ronald L. Greene's Motion to Dismiss for lack of jurisdiction and dismisses this civil action without prejudice.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge  Irene M. Keeley

Date:  4/13/2021

*CLERK OF COURT*
Cheryl Dean Riley
M. Hare

*Signature of Clerk or Deputy Clerk*